I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-2-15

DEPUTY CLERK

JS-6-Entered

FILED
CLERK, U.S. DISTRICT COURT

FEB 27 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO ACUNA, | Case No. CV 13-5189-ODW (AN) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| F. FOULK (Warden), | |
| Respondent. | |

Pursuant to the Order Granting Relief from Judgment and Directing Re-entry of Judgment,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 2-26-15

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

1